# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

ALAN WEAVER
_____
Plaintiff

vs.

DONALD TRUMP & J.D. VANCE ET. AL.
_____
Defendants

)
)
)
)
)
)
)
)
)

Case No. _____

## AFFIDAVIT OF FINANCIAL STATUS

I, ___ALAN WEAVER___, declare that I am the plaintiff in this case, that because of my poverty I am unable to pay the costs of these proceedings, and that I believe I am entitled to relief.

I further swear that the responses which I have made to the questions below and the information I have given relating to my ability to pay the costs of commencing and prosecuting this action are true.

### I. MARITAL STATUS AND PERSONAL DATA

A. Single:____ Married:____ Separated:____ Divorced:__X__

B. Name of Spouse:___N/A___

C. Age of plaintiff, petitioner or complainant:___84___

D. Age of spouse:___N/A___

E. Address of plaintiff, petitioner or complainant:_____

___4857 E. Farm Rd 136, Springfield MO 65809___

Telephone:___417-234-8498___

F. Address of spouse:___N/A___

Telephone:___N/A___

G. State name or names of dependents who live with you, their age, address, relationship, and how much of their monthly support you provide:

_____

_____

_____

## II. EMPLOYMENT

A. Name of employer:_____

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income: Monthly $_____ Weekly $_____

Gross Income: Monthly $_____ Weekly $_____

Does employer provide health insurance: Yes_____ No_____

If employer provides health insurance, describe coverage:_____

_____

_____

B. Previous employment (Answer only if presently unemployed)

Name of employer:_____

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income: Monthly $_____ Weekly $_____

Gross Income: Monthly $_____ Weekly $_____

C.  Employment of spouse:

Name of employer:_____

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income:        Monthly $_____        Weekly $_____

Gross Income:      Monthly $_____        Weekly $_____

## III.  FINANCIAL STATUS
(Answer questions on behalf of both the plaintiff, petitioner or complainant and spouse).

A.  Owner of real property?        Yes_____        No ✗

If yes - Description:_____

Address:_____

In whose name?_____

Estimated value:_____

Total amount owed:_____

Owed to:_____

Annual income from property:_____

B.  Owner of automobile: Yes ✗        No____

If yes - Number of automobiles owned: 3_____

Make HONDA        Model ODYSSEY        Year 2010

Make DODGE        Model CARAVAN        Year 1993 (NOT Running)

Make DODGE        Model CARAVAN        Year 1985 (NOT Running)

In whose name registered? ALAN WEAVER_____

Present value: $ < $5000_____

Amount owed on the automobile(s): — o —

Owed to: N/A

Monthly payment(s): — o —

C.    Cash on hand: (Include checking and savings accounts)

$ < $1000

List names and addresses of banks and associations:

GUARANTY BANK, 1341 W. Battlefield, Spfld MO 65807

**Please do not state account numbers.**

D.    Have you received within the past 12 months any money from any of the following sources:

|  | Yes | No |
|---|---|---|
| Rent payments, interest or dividends? |  | X |
| Pensions, trust funds, annuities or life Insurance payments? |  | X |
| Gifts or inheritances? |  | X |
| Welfare Payments? |  | X |
| ADC or other governmental child support? |  | X |
| Unemployment benefits? |  | X |
| Social Security Benefits | X |  |
| Other sources? |  | X |

E.    If the answer to any item in D above was "Yes", describe each source of money and state the amount received from each during the past 12 months:

Social Security Benefits:

Monthly During 2024 : $1141

Monthly During 2025 : $1169

# IV. OBLIGATIONS

A. Monthly rental on house or apartment: -o-

B. Monthly mortgage payments on house: -o-

Amount of equity in house: -o-

C. Monthly mortgage payments on other properties: $ -o-

Amount of equity in other properties: $ -o-

D. Household expenses: $310 - $600

Monthly grocery expense: $150 - $250

Monthly utilities:

Gas: $50 - $100

Electric: $80 - $150

Water: $30 - $50

Other: (Specify) _____

E. Other debts and miscellaneous monthly expenses: NONE

| TO WHOM OWED AND FOR WHAT REASON INCURRED? | MONTHLY PAYMENTS | BALANCE DUE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**V.**     **OTHER INFORMATION PERTINENT TO FINANCIAL STATUS**
(Include information regarding stocks, bonds, savings bonds, either individually or jointly owned).

_____

_____

_____

_____

I understand that a false statement or answer to any question in this affidavit will subject me to penalties of perjury.

_____
Signature of Plaintiff or Plaintiffs

# VERIFICATION

State of _Missouri_     )
                        )
County of _Greene_     )

     I, being first duly sworn under oath, state that I know the contents of this affidavit and that the information contained in the affidavit is true to the best of my knowledge and belief.

_____
ALAN WEAVER
Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this _21st_ day of _Feb_____ , 20_25_

_____
Notary Public

_4 - 17 - 2027_____
My Commission Expires

SHARON ANN LANGLEY
Notary Public – Notary Seal
STATE OF MISSOURI
Greene County
My Commission Expires Apr. 17, 2027
Commission #23248197