IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN     DIVISION

ALAN WEAVER

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

DONALD TRUMP
J.D. VANCE
— SEE ATTACHED —

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. ☐ Yes ☒ No

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ALAN WEAVER |
| Street Address | 4857 E. Farm Road 136 |
| City and County | Springfield, Greene |
| State and Zip Code | Missouri 65809 |
| Telephone Number | 417-234-8498 |
| E-mail Address | ALAN@WB5PLJ.ORG |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Donald Trump |
| Job or Title (if known) | President of the United States |
| Street Address | The White House, 1600 Pennsylvania Ave. NW |
| City and County | |
| State and Zip Code | Washington D.C. 20500 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | J.D. Vance |
| Job or Title (if known) | Vice President of the United States |
| Street Address | |
| City and County | |

-SEE ATTACHED LIST-

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the designated information for this type of case. *(Check all that apply)*

☐ Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

☒ Suit against the Federal Government, a federal official, or a federal agency

List the federal officials or federal agencies involved, if any.
PRESIDENT DONALD TRUMP
VICE PRESIDENT J.D. VANCE
- SEE ATTACHED LIST -

☐ Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

A. The Plaintiff(s)

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

B.  The Defendant(s)

   1. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   2. If the defendant is a corporation

      The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C.  The Amount in Controversy

   The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

   _____
   _____
   _____

## III. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?

- What injuries did you suffer?

- Who was involved in what happened to you?

4

- How were the defendants involved in what happened to you?

- Where did the events you have described take place?

- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

In accordance with my 1st Amendment Right to petition this gov't for a Redress of my Grievance, I state the following:
1- On Jan 6/2021, Donald Trump engaged in an insurrection.
2- Since Jan 6/2021, the defendants have given aid and comfort to the insurrectionists. Most recently he has pardoned those who pled guilty or who were found guilty of insurrection, with the knowledge and support of the other defendants.
3- The 14th Amendment forbids the defendants from holding their respective offices, therefor I demand that the defendants be declared illegitimate holders of their respective offices and be removed therefrom.

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

I demand that the defendants be removed from their respective offices immediately

Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?
Yes [X]   No [ ]

Do you claim actual damages for the acts alleged in your complaint?
Yes [ ]   No [X]

Do you claim punitive monetary damages?
Yes [ ]   No [X]

5

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

_____
_____
_____

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Feb. 17, 2025

Signature of Plaintiff _____
Printed Name of Plaintiff     ALAN WEAVER

6

List of Defendants:

Donald Trump
J.D. Vance
Ted Cruz
Josh Hawley
Cindy Hyde-Smith
John Kennedy
Cynthia Lummis
Roger Marshall
Rick Scott
Tommy Tuberville
Robert Aderholt
Mo Brooks
Gary Palmer
Jerry Carl
Felix Moore
Rick Crawford
Paul Gosar
Andy Biggs
Debbie Lesko
Ken Calvert
Darrell Issa
Devin Nunes
Kevin McCarthy
Doug LaMalfa
Mike Garcia
Jay Obernolte
Doug Lamborn
Lauren Boebert
Barry Moore
David Schweikert
Kat Cammack
Mario Diaz-Balart
Byron Donalds
Neal Dunn
Scott Franklin
Matt Gaetz
Carlos A. Gimenez

Brian Mast
Bill Posey
John Rutherford
Greg Steube
Daniel Webster
Rick W. Allen
Buddy Carter
Andrew Clyde
Marjorie Taylor Greene
Jody Hice
Barry Loudermilk
Russ Fulcher
Mike Bost
Marry Miller
Jim Baird
Jim Banks
Greg Pence
Jackie Walorski
Ron Estes
Jake LaTurner
Tracey Mann
Hal Rogers
Garret Graves
Clay Higgens
Mike Johnson
Steve Scalise
Andy Harris
Jack Bergman
Lisa McClain
Tim Walberg
Michelle Fischbach
Jim Hagedorn
Michael Guest
Trent Kelly
Steven Palazzo
Sam Graves
Vicky Hartzler
Billy Long
Blaine Leutkemeyer

Jason Smith
Matt Rosendale
Adrian Smith
Dan Bishop
Ted Budd
Madison Cawthorn
Virginia Foxx
Richard Hudson
Greg Murphy
David Rouzer
Jeff Van Drew
Yvette Herrell
Chris Jacobs
Nicole Malliotakis
Elise Stefanik
Lee Zeldin
Steve Chabot
Warren Davidson
Bob Gibbs
Bill Johnson
Jim Jordan
Stephanie Bice
Tom Cole
Kevin Hern
Frank Lucas
Markwayne Mullin
Cliff Bentz
John Joyce
Fred Keller
Mike Kelly
Daniel Meuser
Scott Perry
Guy Reschenthaler
Lloyd Smucker
Glenn Thompson
Jeff Duncan
Ralph Norman
Tom Rice
William Timmons

Joe Wilson
Tim Burchett
Scott DesJarlais
Chuck Fleischmann
Mark E. Green
Diana Harshbarger
David Kustoff
John Rose
Jodey Arrington
Brian Babin
Michael C. Burgess
John Carter
Michael Cloud
Pat Fallon
Louie Gohmert
Lance Gooden
Ronny Jackson
Troy Nehls
August Pfluger
Pete Sessions
Beth Van Duyne
Randy Weber
Roger Williams
Ron Wright
Burgess Owens
Chris Stewart
Ben Cline
Bob Good
Morgan Griffith
Robert J. Wittman
Carol Miller
Alexander Mooney
Scott L. Fitzgerald
Tom Tiffany